**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE OF ORDER ON MOTION

Cause number:       01-13-00547-CV

Style:       Jordan  D.  Houghtaling

       v. Nichol A. Houghtaling

Date motion filed[*]:       July 23, 2013

Type of motion:       Unopposed Motion for Extension of Time

Party filing motion:       Appellant

Document to be filed:       Parties' Notification to Court of Mediator

If motion to extend time:

       Deadline to file document:       July 22, 2013

       Number of previous extensions granted:       0

       Length of extension sought:       20 days

Ordered that motion is:

       ☑       Granted
       If document is to be filed, document due:  **August 12, 2013**

       ☐    The Clerk is instructed to file the document as of the date of this order
       ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

       ☐       Denied

       ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

**The parties shall conduct mediation by September 11, 2013. No later than two days from the conclusion of the mediation, the parties and the mediator shall advise the Clerk of this Court in writing whether the parties did or did not settle the underlying dispute, and the mediator shall file with the Clerk of this Court a completed "Appointment and Fee Report – Mediation" form.**

Judge's signature:  /s/ Michael Massengale
       ☑ Acting individually    ☐ Acting for the Court

Date:  July 26, 2013